

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

### NO. WR-47,377-04

### EX PARTE STEPHEN PIERCE LOWREY, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. C-372-W011285-0567589-D IN THE 372ND DISTRICT COURT FROM TARRANT COUNTY

*Per curiam*.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated sexual assault and indecency with a child and sentenced to imprisonment for forty and five years.

On October 4, 2018, we granted the trial court an extension to make findings of fact and conclusions of law. On October 4, this application was also forwarded to this Court. *See* TEX. R. APP. P. 73.4(b)(5). We remand this application so the trial court can make findings of fact and conclusions of law.

This application will be held in abeyance until the trial court has resolved the fact issues. The

issues shall be resolved by January 29, 2019.  A supplemental transcript containing all affidavits and interrogatories or the transcription of the court reporter's notes from any hearing or deposition, along with the trial court's supplemental findings of fact and conclusions of law, shall be forwarded to this Court by February 28, 2019. Any extensions of time must be requested by the trial court and shall be obtained from this Court.

Filed: October 24, 2018
Do not publish